NUMBER 13-02-123-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

GEORGE MOFF,                                                                Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
___________________________________________________________________

On appeal from the 94th District Court of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Garza
Opinion Per Curiam

         Appellant, GEORGE MOFF, perfected an appeal from a judgment entered by the
94th District Court of Nueces County, Texas, in cause number 01-CR-1510-C. By
opinion dated April 7, 2004, this case was remanded to this Court by the Court of
Criminal Appeals. The parties have now filed a joint motion to vacate and remand. 
The parties state that they desire to resolve the appellate issues by vacating the
conviction and remanding to the trial court for a new trial.
         The Court, having examined and fully considered the documents on file and the
parties’ joint motion, is of the opinion that the motion should be granted. The joint
motion is granted, and the judgment of the trial court is hereby VACATED, and the
cause is REMANDED to the trial court for a new trial.
                                                                                 PER CURIAM
Opinion delivered and filed this
the 13th day of May, 2004.